IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:10-CR-388-D
No. 5:14-CV-563-D

| | |
|---|---|
| ULYSSES SAMUEL HENSEN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

On June 2, 2015, this court dismissed Ulysses Samuel Hensen's ("Hensen") 28 U.S.C. § 2255 motion to vacate, set aside, or correct his 120-month sentence and denied a certificate of appealability. See [D.E. 89]. On October 26, 2015, Hensen filed a motion for certificate of appealability [D.E. 92] and a motion for an extension of time to file a notice of appeal [D.E. 93].

The record does not support extending the appeal period under Federal Rule of Appellate Procedure 4(a)(5) or reopening the appeal period under Federal Rule of Appellate Procedure 4(a)(6). See Fed. R. App. P. 4(a)(5), (6). Likewise, the record does not support a certificate of appealability. See 28 U.S.C. § 2253(c); Miller-El v. Cockrell, 537 U.S. 322, 336–38 (2003); Slack v. McDaniel, 529 U.S. 473, 484 (2000). Accordingly, the motions [D.E. 92, 93] lack merit and are DENIED.

SO ORDERED. This 18 day of November 2015.

JAMES C. DEVER III
Chief United States District Judge