UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-CR-388-D

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER |
| ULYSSES SAMUEL HENSEN | |

This matter comes before the Court on the Office of the Federal Public Defender's unopposed motion to place this matter in abeyance. The Court has reviewed the motion. For the reasons stated therein, the motion is GRANTED, and the Court hereby holds this case in abeyance pending resolution of matters which may affect the ultimate disposition of the revocation case.

The parties are DIRECTED to file a status report within 45 days of this order and/or notify this court upon resolution of the matters for which the case was placed in abeyance.

SO ORDERED.

This the 13 day of September 2021.

JAMES C. DEVER III
United States District Judge