UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-CR-388-D

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER TO SEAL |
| ULYSSES SAMUEL HENSEN | |

On motion of the defendant, Ulysses Samuel Hensen, and for good cause shown, it is hereby ORDERED that [DE 118] be sealed until further notice by this Court.

SO ORDERED.

This 1 day of November, 2021.

JAMES C. DEVER III
United States District Judge