UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-CR-388-D

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER |
| ULYSSES SAMUEL HENSEN | |

This matter comes before the Court on the Office of the Federal Public Defender's status report for this matter currently held in abeyance. The Court has reviewed the status report. For the reasons stated therein, this case will remain in abeyance pending resolution of matters which may affect the ultimate disposition of the revocation case.

The parties are DIRECTED to file a status report within 60 days of this order and/or notify this court upon resolution of the matters for which the case was placed in abeyance.

SO ORDERED.

This the _1_ day of _November_, 2021.

JAMES C. DEVER III
United States District Judge